JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERSALE 28149 AVIATION LIMITED, a limited liability company organized and existing under the laws of Ireland,<br><br>Plaintiff,<br><br>vs.<br><br>MIAT MONGOLIAN AIRLINES, a state-owned company organized and existing under the laws of Mongolia,<br><br>Defendant. | Case No.: CV 16-8201-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION [28]** |

This action is dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(2), without prejudice, with all parties to bear their own costs and fees. The Court **hereby retains jurisdiction** to enforce the terms of the parties' settlement. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: November 15, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE